In the Matter of the Estate of HENRY G. BOHNER, Deceased. ALOIS S. BOHNER, Appellant; MARY E. BOHNER, as Executrix of HENRY G. BOHNER, Deceased, Respondent.

Argued November 18, 1941; decided December 10, 1941.

*J. Craig Roberts* for appellant.

*Anthony F. Valvo* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.